BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>TRAVIS RAY PIXLEY,<br><br>            Defendant. | Case No.: 1:12-cr-00084 AWI/DLB<br><br>STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; [PROPOSED] PROTECTIVE ORDER RE: SAME |

WHEREAS, the discovery in this case is voluminous and contains a large amount of private personal information regarding third parties and victims (both adults and minors), including but not limited to their names, dates of birth, medical records, Social Security numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

1   The parties agree that entry of a stipulated protective
2  order is appropriate.
3   THEREFORE, defendant TRAVIS RAY PIXLEY, by and through his
4  counsel of record ("Defense Counsel"), and the United States of
5  America, by and through Assistant United States Attorney Stanley
6  A. Boone, hereby agree and stipulate as follows:
7   1.   This Court may enter a protective order pursuant to
8  Rule 16(d) of the Federal Rules of Criminal Procedure, and its
9  general supervisory authority.
10   2.   This Order pertains to all discovery provided to or
11  made available to Defense Counsel as part of discovery in this
12  case (hereafter, collectively known as "the discovery").
13   3.   By signing this Stipulation and Protective Order,
14  Defense Counsel agrees not to share any documents that contain
15  Protected Information with anyone other than Defense Counsel
16  attorneys, designated defense investigators, and support staff.
17  Defense Counsel may permit the defendant to view unredacted
18  documents in the presence of his attorneys, defense
19  investigators, and support staff.  The parties agree that Defense
20  Counsel, defense investigators, and support staff shall not allow
21  the defendant to copy Protected Information contained in the
22  discovery.  The parties agree that Defense Counsel, defense
23  investigators, and support staff may provide the Defendant with
24  copies of documents from which Protected Information has been
25  redacted.
26   4.   The discovery and information therein may be used only
27  in connection with the litigation of this case and for no other
28  purpose.  The discovery is now and will forever remain the

property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

```
                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED:    3/29/12           By:    /s/ Stanley A. Boone
                                   STANLEY A,. BOONE
                                   Assistant U.S. Attorney


DATED:    3/28/12           By:  /s/ John Garland
                                 JOHN GARLAND
                                 Attorney for Defendant
                                 TRAVIS RAY PIXLEY
```

ORDER

IT IS SO ORDERED.

Dated:    April 5, 2012         _____
                                CHIEF UNITED STATES DISTRICT JUDGE