1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6   United States of America

7

8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12
                                        )  Case No.: 1:12-cr-00084 AWI/DLB
13  UNITED STATES OF AMERICA,           )
                                        )
14                  Plaintiff,          )  STIPULATION RE: MOVING CHANGE
                                        )  OF PLEA HEARING TO DISTRICT
15                                      )  COURT and [PROPOSED] ORDER
              v.                        )
16                                      )
                                        )
17  TRAVIS RAY PIXLEY,                  )
                                        )
18                  Defendant.          )
                                        )
19  _____  )

20

21
        IT IS HEREBY STIPULATED by and between the parties hereto
22
    through their respective counsel, Stanley A. Boone, Assistant
23
    United States Attorney for Plaintiff, and Travis Ray Pixley,
24
    through his counsel, John F. Garland, that the status conference
25
    hearing presently set for Tuesday, May 29, 2012, at 1:00 p.m.
26
    before United States Magistrate Judge Dennis L. Beck be moved to a
27
    change of plea hearing before United States District Judge Anthony
28
    W. Ishii at 10:00 a.m.

```
                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATED:    5/21/12              By:    /s/ Stanley A. Boone
                                    STANLEY A. BOONE
                                    Assistant U.S. Attorney



DATED:    5/21/12              By: /s/ John Garland
                                    JOHN GARLAND
                                    Attorney for Defendant
                                    TRAVIS RAY PIXLEY
```

   IT IS SO ORDERED.

Dated:    May 21, 2012         _____
                               CHIEF UNITED STATES DISTRICT JUDGE