JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132
Facsimile:  (559) 445-0156

Attorney for Defendant,
TRAVIS RAY PIXLEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-CR-00084 AWI |
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING HEARING |
| v. | AND ORDER THEREON |
| TRAVIS RAY PIXLEY, | DATE: July 23, 2012 |
| | TIME:  10:00 a.m. |
| | Courtroom Two |
| Defendant. | |
| | HONORABLE ANTHONY W. ISHII |

Defendant, TRAVIS RAY PIXLEY, through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Stanley A. Boone, Assistant United States Attorney, hereby stipulate to advance the defendant's sentencing hearing from August 6, 2012 to **July 23, 2012** at **10:00 a.m.**

United States Probation Officer Brian J. Bedrosian agrees to the advanced sentencing hearing date.

Dated: July 16, 2012                                         /s/ John F. Garland
                                                                                     John F. Garland
                                                                                Attorney for Defendant
                                                                                TRAVIS RAY PIXLEY

Dated: July 16, 2012                                    Benjamin B. Wagner
                                                        United States Attorney

                                                        /s/ Stanley A. Boone
                                                 By:    STANLEY A. BOONE
                                                        Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant TRAVIS RAY PIXLEY is advanced to July 23, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   July 16, 2012                          _____
                                                CHIEF UNITED STATES DISTRICT JUDGE

2