1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6       United States of America

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   1:12-CR-00084-AWI
                                   )
12            Plaintiff,           )   FINAL ORDER OF FORFEITURE
                                   )
13       v.                        )
                                   )
14  TRAVIS RAY PIXLEY,             )
                                   )
15            Defendant.           )
                                   )
16  _____)

17       WHEREAS, on June 20, 2012, this Court entered a Preliminary

18  Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253,

19  based upon the plea agreement entered into between plaintiff and

20  defendant Travis Ray Pixley forfeiting to the United States the

21  following property:

22            a.   E- Machines Desktop Computer. S/N:
                   XRD7130033185, seized from defendant by law
23                 enforcement on or about March 24, 2011;

24            b.   Dell XPS Laptop Computer. S/N: CN-008042-
                   70166-89Q-OFBA, seized from defendant by law
25                 enforcement on or about March 24, 2011;

26            c.   Compact discs, external and internal hard
                   drives (Western Digital External hard drive
27                 [S/N: WXNX08866227] SD card with case),
                   thumb drives (Orange Thumb Drive [8G]),
28                 Silver Memorex Thumb Drive, Black Dane-Elec
                   Thumb Drive [512 MB]), or other storage

                                    1                    FINAL ORDER OF FORFEITURE

|||
|---|---|
| | devices containing visual depictions of minors engaged in sexually explicit conduct, seized from defendant by law enforcement on or about March 24, 2011, and |
| d. | Samsung Galaxy Cell Phone (T-Mobile), seized from defendant by law enforcement on or about March 24, 2011. |

AND WHEREAS, beginning on July 3, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Travis Ray Pixley.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of

///

///

according to law.

IT IS SO ORDERED.

Dated:      September 13, 2012                    /s/ [signature]
                                         CHIEF UNITED STATES DISTRICT JUDGE